**FILED**

DEC 13 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:23-cr-00637
Judge Manish S. Shah
Magistrate Judge Gabriel A. Fuentes
Cat. 3 / RANDOM

Dec 13, 2023

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAROD T. DANIELS | Case No.<br><br>Violation: Title 18, United States Code, Section 922(g)(1) |

## UNDER SEAL

The SPECIAL OCTOBER 2022 GRAND JURY charges:

On or about April 22, 2023, at Schaumburg, in the Northern District of Illinois, Eastern Division,

JAROD T. DANIELS,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a loaded Smith & Wesson Model M&P 40, .40 caliber semiautomatic pistol bearing serial number NLZ5887, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL OCTOBER 2022 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Smith & Wesson Model M&P 40, .40 caliber semiautomatic pistol bearing serial number NLZ5887, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
ACTING UNITED STATES ATTORNEY